# UNITED STATES DISTRICT COURT

District of _____

Live Lobster Company, Inc
Antonio Bussone, President
            V.
Bruce Chadbourne, in his official
capacity as Field Office
Director,
Robin Avera, Special Agent in Charge
Frank J. Piccione, Special Agent

**SUMMONS IN A CIVIL ACTION**

FILED
CLERKS OFFICE
2005 MAR 14 P 3:12

CASE NUMBER: 1 05 30039 MLW

TO: (Name and address of Defendant)

Bruce Chadbourne, Field Office Director, Bureau of
Immigration and Customs Enforcement, US Dept of
Homeland Security,
10 Causeway St, Room 722
Boston MA 02222

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert M Goldstein          Martin G Weinberg
20 Park Plaza              20 Park Plaza
Suite 903                  Suite 905
Boston, MA 02116           Boston, MA 02116

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1/7/05
CLERK                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JANUARY 19, 2005 at 11:00 A.M. |
| NAME OF SERVER (PRINT)  JOSEPH MARINO | TITLE  CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): BY DELIVERING SAID COPIES TO THE LEGAL DEPARTMENT, J.F.K. BUILDING, AND GIVING SAID COPIES IN HAND TO NEIL CASHMAN, DEPUTY CHIEF COUNSEL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT THE J.F.K. BUILDING, ROOM 425, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $11.00 | SERVICES  $25.00 | TOTAL  $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   JANUARY 19, 2005
                       Date

Signature of Server   JOSEPH MARINO, CONSTABLE
% ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
Address of Server

*(handwritten margin notes: FIELD OFFICE DIRECTOR, BUREAU OF IMMIGRATION AND CUSTOMS, U.S. DEPT. OF HOMELAND SECURITY, 10 CAUSEWAY ST., Room 722, Bos.)*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.