AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

Live Lobster Company, Inc
Antonio Bussone, President

V.

Bruce Chadbourn, Field Office
Director, Bureau of Immigration
and Customs Enforcement
Robin m Avera, Special Agent in
Charge
Frank J Piccione, Special Agent

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05 10039 MLW

TO: (Name and address of Defendant)

Robin M Avera, Special Agent in Charge, US. Immigration +
Customs Enforcement
10 Causeway St, Room 722
Boston, MA 00002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert m Goldstein
20 Park Plaza
Suite 903
Boston, MA 02116

Marvin G Weinberg
20 Park Plaza
Suite 905
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  1/7/05

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JANUARY 18, 2005  at 3:25 P.M. |
| NAME OF SERVER (PRINT)  JOSEPH MARINO | TITLE  CONSTABLE |

Check one box below to indicate appropriate method of service

XX Served personally upon the defendant. Place where served: BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT
10 CAUSEWAY STREET, ROOM 722
BOSTON, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  JANUARY 18, 2005
                     Date

*Joseph Marino*
Signature of Server   JOSEPH MARINO, CONSTABLE
ZROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.