## UNITED STATES DISTRICT COURT

District of _____

Live Lobster Company, Inc
Antonio Bussone, President

V.

Bruce Chadbourne, Field Office Director, Dept Homeland Security
Robin M. Rivera, Special Agent in Charge
Frank T. Piccione, Special Agent

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05 10039 MLW

TO: (Name and address of Defendant)

Frank J Piccione, Special Agent, Dept of Homeland Security
US Immigration and Customs Enforcement
10 Causeway St, Room 722
Boston MA 02222

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert M Goldstein
20 Park Plaza
Suite 903
Boston MA 02116

Martin G. Weinberg
20 Park Plaza
Suite 905
Boston MA 02116

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_____
(By) DEPUTY CLERK

1/7/05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>JANUARY 19, 2005 at 11:00 A.M. |
| NAME OF SERVER *(PRINT)*<br>JOSEPH MARINO | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

XX Other (specify): BY DELIVERING SAID COPIES TO THE LEGAL DEPARTMENT, J.F.K. BUILDING, AND GIVING SAID COPIES IN HAND TO NEIL CASHMAN, DEPUTY CHIEF COUNSEL, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS AT THE TIME OF SERVICE. SAID SERVICE WAS MADE AT THE J.F.K. BUILDING, ROOM 425, BOSTON, MASSACHUSETTS.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  $11.00 | SERVICES  $25.00 | TOTAL  $0.00  $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    JANUARY 19, 2005    *Joseph Marino*
             Date               Signature of Server

JOSEPH MARINO, CONSTABLE
ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

[handwritten margin note: SPECIAL AGENT, DEPT. OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 10 CAUSEWAY, Room 722, BOS.]

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.