**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

```
_____
                                          )
LIVE LOBSTER, COMPANY, INC. and           )
ANTONIO BUSSONE, in his capacity as President )
of Live Lobster Company, Inc.,            )
         Plaintiffs                       )
                                          )
v.                                        )  NO. 05-CV-10039-MLW
                                          )
BRUCE CHADBOURNE, in his official capacity )
As Field Office Director, Bureau of Immigration )
And Customs Enforcement, United States    )
Department of Homeland Security,          )
ROBIN M. AVERA, Special Agent in Charge,  )
U.S. Immigration and Customs Enforcement, and )
FRANK J. PICCIONE, Special Agent, Department )
of Homeland Security,                     )
         Defendants                       )
_____)
```

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses the Complaint filed in the above-captioned matter.

    Respectfully submitted,
    Live Lobster, Company, Inc.,
    By its attorneys,

    _____
    Martin G. Weinberg
    Mass. Bar No. 519480
    OTERI, WEINBERG & LAWSON
    20 Park Plaza, Suite 905
    Boston MA 02116
    (617) 227-3700

    _____
    Robert M. Goldstein
    Mass. Bar No. 630584
    114 State Street
    Boston, MA 02109
    (617) 742-9015

Dated: March 23, 2005

Case 1:05-cv-10039-MLW     Document 5     Filed 03/23/2005     Page 2 of 2